IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM F. McADAMS, ) | |
| ) | |
| Petitioner, ) | Case No. 1:10-cv-284-SJM-SPB |
| ) | |
| v. ) | |
| ) | |
| ARCHIE B. LONGLEY, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

The instant petition for writ of habeas corpus was received by the Clerk of Court on November 24, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on August 23, 2011 [10] recommends that the instant petition for writ of habeas corpus be dismissed as moot inasmuch as Petitioner is no longer in the custody of the Federal Bureau of Prisons. The parties were allowed fourteen (14) days from the date of service in which to file objections. Service was made on Petitioner by certified mail at FCI-McKean, which is his last known address of record, and on the Respondents. No objections to the Report and Recommendation have been filed to date.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 4th Day of October, 2011;

IT IS ORDERED that the instant petition for writ of habeas corpus be, and hereby is, DISMISSED as moot.

The Report and Recommendation of Magistrate Judge Baxter, filed on August 23, 2011 [10], is adopted as the opinion of the Court.

                                         s/ <u>Sean J. McLaughlin</u>
                                              SEAN J. McLAUGHLIN
                                              United States District Judge

Cm:    All parties of record.
        U.S. Magistrate Judge Susan Paradise Baxter